October 1, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

KBG INVESTMENTS, LLC, Appellant

NO. 14-14-00484-CV                    V.

GREENSPOINT PROPERTY OWNERS' ASSOCIATION, INC., Appellee

_____

This cause, an appeal from the judgment signed January 27, 2014 in favor of appellee Greenspoint Property Owners' Association, Inc., was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **MODIFY** the judgment of the court below to delete the portion of the judgment holding KBG Investments, LLC liable to Greenspoint Property Owners' Association, Inc. for statutory damages in the amount of $10,400.00.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellee Greenspoint Property Owners' Association, Inc. to pay all costs incurred in this appeal.

We further order this decision certified below for observance.